IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL LEE MELLINGER, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-14-1130-R |
| WARDEN KASTNER, | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell. Doc. No. 20. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the Petition for Writ of Habeas Corpus is hereby DENIED.

IT IS SO ORDERED this 12th day of February, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE